IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

KEVIN FRITZ LAMERIQUE,

        Plaintiff,

v.                           CIVIL ACTION NO. 3:18-0532

UNITED STATES OF AMERICA,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

      This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court grant Defendant's Motion to Dismiss (ECF No. 19); dismiss the Amended Complaint, with prejudice (ECF No. 7); and remove this matter from the docket of the Court. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

      Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **GRANTS** Defendant's Motion to Dismiss (ECF No. 19); **DISMISSES** the Amended Complaint, **with prejudice** (ECF No. 7); and **REMOVES** this matter from the docket of the Court, consistent with the findings and recommendations.

      The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

                                ENTER:      July 8, 2019

                                ROBERT C. CHAMBERS
                                UNITED STATES DISTRICT JUDGE